UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICK MENDOZA, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-124-LRS-1 <br><br> ORDER GRANTING IN PART <br> MOTION AND MODIFYING <br> CONDITIONS OF RELEASE |

At the January 4, 2007, hearing on Defendant's motion to reduce bond, Defendant appeared with counsel Terence M. Ryan; Assistant U.S. Attorney Stephanie Whitaker represented the United States.

For the reasons stated at oral argument, and in light of the additional proffer, the Motion is **GRANTED IN PART**. Accordingly, the court's Order Setting Conditions of Release is **MODIFIED** to the limited extent of directing Defendant's release be conditioned upon posting a **$300,000 Appearance bond** (to be co-signed by Mrs. Mendoza and one other responsible adult), and a **$500,000 corporate surety, property and/or cash bond** in lieu of the previously ordered $800,000 corporate surety bond. All other conditions of the court's Order dated November 13, 2006 remain and shall constitute the additional conditions of Defendant's release.

The court notes the United States has requested a *Nebbia*

ORDER GRANTING IN PART MOTION AND
MODIFYING CONDITIONS OF RELEASE - 1

1. hearing prior to Defendant's release if he is able to post bond.
2. **IT IS SO ORDERED.**
3. DATED January 16, 2007.
4. 
5.                 s/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION AND
MODIFYING CONDITIONS OF RELEASE - 2